| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Capital Asset Finance, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4393552** |
| 4. | **Debtor's address** | **Principal place of business** **5431 Beaumont Center Blvd., #1110** **Tampa, FL 33634** Number, Street, City, State & ZIP Code  **Hillsborough** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Capital Asset Finance, Inc.**                                                          Case number (*if known*) _____
             Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Capital Asset Finance, Inc.**                    Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

Debtor District **See Attachment**   When _____   Relationship _____   Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor   **Capital Asset Finance, Inc.**                                  Case number (if known) _____
                Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/09/2025
             MM / DD / YYYY

X _____       **Christopher J. Hunt**
Signature of authorized representative of debtor    Printed name

Title   **Vice President**

---

**18. Signature of attorney**

X   **/s/ Scott A. Stichter**                         Date   **4.10.2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 229-0144**    Email address  **sstichter@srbp.com**

**710679 FL**
Bar number and State

Debtor **Capital Asset Finance, Inc.**    Case number *(if known)*
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)*    Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **FC Equipment Leasing, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** When | Case number, if known | |
| Debtor | **First Class Commercial Services of Orlando, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** When | Case number, if known | |
| Debtor | **First Class Moving of South Florida, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** When | Case number, if known | |
| Debtor | **First Class Moving Systems of North Jersey, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** When | Case number, if known | |
| Debtor | **First Class Moving Systems, Inc.** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** When | Case number, if known | |

```
Ascentium
23970 Hwy. 59 N.
Kingwood, TX 77339

Christopher J. Hunt
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

CT Corporation System, as Rep
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

DeLage Landen Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087

Highland Capital Corp.
370 Pascack Rd.
Township of Washington, NJ 07676

Valley National Bank
70 Speedwell Ave.
Morristown, NJ 07960

Valley National Bank
4790 140th Ave. N.
Clearwater, FL 33762

William J. Fallon, IV
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634
```